**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John Robert Trochowski III aka John Torchowski aka John Trochewski, III aka John R. Trochoski aka Jack Trochowski <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 24-10019 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 and index same on the master mailing list.

    Respectfully submitted,

/s/ 
Denise Carlon
17 Jan 2024, 16:28:27, EST

Denise Carlon, Esq. (317226)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com