IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. 24-10019-CMB |
| | : | |
| JOHN ROBERT TROCHOWSKI, III, | : | Honorable Carlota M. Böhm |
| Debtor | : | |
| | : | Chapter 7 |
| JOHN ROBERT TROCHOWSKI, III, | : | |
| Movant | : | DATE AND TIME OF HEARING: |
| | : | JANUARY 8, 2025 AT 1:30 PM |
| v. | : | |
| | : | RESPONSES DUE: |
| NO RESPONDENT | : | DECEMBER 16, 2024 |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING
DEBTOR'S MOTION TO DISMISS**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movant seeks an order affecting your rights or property. You should take this Notice and the Motion to a lawyer at once.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than December 16, 2024 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

A hearing will be held on January 8, 2025 at 1:30pm before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: November 26, 2024             Respectfully submitted,
                                    THE QUINN LAW FIRM

                        BY:    /s/ Michael S. Jan Janin
                               Michael S. Jan Janin, Esquire
                               PA Id. No. 38880
                               Counsel for Debtor
                               2222 West Grandview Boulevard
                               Erie, Pennsylvania  16506-4508
                               Telephone: 814-833-2222
                               mjanjanin@quinnfirm.com

#01689195