IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 24-10019 CMB |
| | : | |
| JOHN ROBERT TROCHOWSKI, III | : | HONORABLE CARLOTA M. BÖHM |
| Debtor | : | |
| | : | CHAPTER 13 |
| JOHN ROBERT TROCHOWSKI, III | : | |
| Movant | : | DATE AND TIME OF HEARING: |
| | : | JANUARY 8, 2025 AT 1:30 PM |
| v. | : | |
| | : | RESPONSES DUE: |
| NO RESPONDENT | : | DECEMBER 16, 2024 |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO DISMISS (Document #40)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Dismiss filed November 26, 2024 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice, objections to the Motion were to be filed and served no later than December 16, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date:  December 17, 2024

Respectfully submitted,

THE QUINN LAW FIRM

By:  /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esq.
Pa. I.D. No. 38880
2222 West Grandview Boulevard
Erie, PA 16506-4508
Phone:  (814) 833-2222, Ext. 1045
Fax:  (814) 833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtor