Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **John Robert Trochowski III** | : | Case No. 24−10019−CMB |
| **aka John Torchowski, aka John Trochewski** | : | Chapter: 13 |
| **III, aka Jack Trochowski, and others...** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this *The 17th of December, 2024,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-10019-CMB |
| John Robert Trochowski, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 17, 2024 | Form ID: 309 | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Robert Trochowski, III, 3421 Post Avenue, Erie, PA 16508-2035 |
| 15673816 | | ACL, P.O. Box 740631, Cincinnati, OH 45274-0631 |
| 15673817 | + | Americo Federal Credit Union, 4101 Main Street, Erie, PA 16511-1967 |
| 15673819 | | Associated Clinical Lab, P.O. Box 740631, Cincinnati, OH 45274-0631 |
| 15673818 | | Associated Clinical Lab, P.O. Box 64845, Baltimore, MD 21264-4845 |
| 15673820 | + | Associated Clinical Laboratories, ATTN: Bankruptcy, 1526 Peach Street, Erie, PA 16501-2190 |
| 15673821 | + | Associated Clinical Laboratories, ATTN: Bankruptcy, PO Box 630626, Cincinnati, OH 45263-0626 |
| 15673826 | + | Bayview Dispositions IVB, LLC, ATTN: Bankruptcy, Suite #500, 4425 Ponce Deleon Blvd., Miami, FL 33146-1873 |
| 15673829 | + | Berkheimer, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 15673831 | + | Berkheimer Tax Administration, HAB-DLT Legal, PO Box 20662, Lehigh Valley, PA 18002-0662 |
| 15673839 | + | CMS ID Proofing Service, ATTN: Bankruptcy, 7500 Security Blvd., Windsor Mill, MD 21244-1849 |
| 15673833 | + | Carney & Good, 254 West 6th Street, Erie, PA 16507-1398 |
| 15673836 | + | Christine Bennett, Esq., c/o Americo FCU, 4101 Main St., Erie, PA 16511-1967 |
| 15673844 | + | Daniel Lutz, Esq., 3600 Horizon Drive, Suite #150, King of Prussia, PA 19406-4702 |
| 15673845 | + | Enhanced Recovery Company, ATTN: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 15673848 | + | Franklin American Mortgage Company, ATTN: Bankruptcy Dept., 55 Ferncroft Road, Suite #404, Danvers, MA 01923-4001 |
| 15673851 | + | J.P. Morgan Mortgage Acquisition Corp, ATTN: Bankruptcy Dept., 383 Madison Avenue, 8th Floor, New York, NY 10179-0001 |
| 15673855 | + | Joey Mancuso, 4413 Elmwood Avenue, Erie, PA 16509-1309 |
| 15673856 | + | Jonathan Lobb, Esq., 803 Winchester Court, West Chester, PA 19382-6205 |
| 15673857 | + | Louis J. Aliota, 538 Margo Court, Erie, PA 16505-2112 |
| 15673860 | + | MERS, 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 15673858 | + | Matthew J. Parini, Esq., c/o Placidi Parini Grasinger Page, 502 West 7th Street, Erie, PA 16502-1333 |
| 15673859 | + | Meridian Asset Services, LLC, ATTN: Bankruptcy, 3201 34th Street South, Saint Petersburg, FL 33711-3828 |
| 15673862 | | Mortggae Eletronic Services, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15673863 | + | Nav Technologies, ATTN: Bankruptcy, 13693 S 200 West, Suite #200, Draper, UT 84020-2418 |
| 15673866 | + | Patrick W. Kelley, Esquire, Sebald & Hackwelder, 2503 West 26th Street, Erie, PA 16506-3261 |
| 15673867 | | Placidi, Parini, Grasinger & Page, ATTN: Bankruptcy Dept., 502 W. 7th St., Erie, PA 16502-1333 |
| 15673869 | + | Robert D. Wendt, Esq., 275 Curry Hollow Road, Building #1, Suite #280, Pittsburgh, PA 15236-4655 |
| 15673870 | + | Robert P. Wendt, Esq., 275 Curry Hollow Road, Bldg #1, Suite #280, Pittsburgh, PA 15236-4655 |
| 15673872 | | Secretary of Housing & Urban Development, 451 7th Street, Washington, DC 27410-8000 |
| 15673880 | + | Wilmington Trust, NA, ATTN: Bankruptcy, 1100 North Market Street, Wilmington, DE 19890-0001 |
| 15673881 | + | Wilmington Trust, NA not in individually, as Owner Trustee of OSAT Trust 2021-1, ATTN: Bankruptcy Dept., 1100 North Market Street, Wilmington, DE 19890-1100 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15673828 | | Email/Text: dltlegal@hab-inc.com | Dec 18 2024 00:03:00 | Berkheimer, P.O. Box 25153, Lehigh Valley, PA 18002-5153 |
| 15673832 | | Email/Text: dltlegal@hab-inc.com | Dec 18 2024 00:03:00 | Berkheimer Tax Innovations, ATTN: Bankruptcy, PO Box 21690, Lehigh Valley, PA 18002 |
| 15673823 | + | EDI: BANKAMER | Dec 18 2024 05:00:00 | Bank of America, N.A., ATTN: Bankruptcy, 400 National Way, Simi Valley, CA 93065-6414 |

Case 24-10019-CMB    Doc 45    Filed 12/19/24    Entered 12/20/24 00:32:56    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 17, 2024 | Form ID: 309 | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15673825 | + | EDI: BANKAMER | Dec 18 2024 05:00:00 | Bank of America, N.A., ATTN: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15673824 | + | EDI: BANKAMER | Dec 18 2024 05:00:00 | Bank of America, N.A., ATTN: Bankruptcy Dept., 400 National Way, Simi Valley, CA 93065-6414 |
| 15673822 | + | EDI: BANKAMER2 | Dec 18 2024 05:00:00 | Bank of America, N.A., ATTN: Bankruptcy, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 15673827 | + | EDI: LCIBAYLN | Dec 18 2024 05:00:00 | Bayview Loan Servicing, ATTN: Bankruptcy, Suite #500, 4425 Ponce Deleon Blvd., Miami, FL 33146-1873 |
| 15673830 | + | Email/Text: dltlegal@hab-inc.com | Dec 18 2024 00:03:00 | Berkheimer Innovations, ATTN: Bankruptcy Street, 50 N. Seventh Street, Bangor, PA 18013-1731 |
| 15673838 | | Email/Text: bky@clicklease.com | Dec 18 2024 00:03:00 | Click Lease LLC, ATTN: Bankruptcy, 1182 W. 2400 South, Suite A, Salt Lake City, UT 84119 |
| 15673834 | + | Email/Text: dl-csgbankruptcy@charter.com | Dec 18 2024 00:03:00 | Charter Communications, nka Spectrum, ATTN: Bankruptcy, 3627 Zimmerman Road, Erie, PA 16510-2642 |
| 15673835 | + | Email/Text: dl-csgbankruptcy@charter.com | Dec 18 2024 00:03:00 | Charter Communications/Spectrum, ATTN: Bankruptcy, 400 Atlantic Street, Stamford, CT 06901-3512 |
| 15673837 | + | EDI: CITICORP | Dec 18 2024 05:00:00 | CitiFinancial, ATTN: Bankruptcy, 1000 Technology Drive, O Fallon, MO 63368-2239 |
| 15673840 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 00:26:42 | Credit One, ATTN: Bankruptcy, 6801 South Cimmaron Road, Las Vegas, NV 89113-2273 |
| 15673843 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 00:10:07 | Credit One Bank, ATTN: Bankruptcy, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 15673841 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 00:09:36 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15673842 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 18 2024 00:09:20 | Credit One Bank, ATTN: Bankruptcy, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15673846 | + | Email/Text: USbankruptcies@eriecountypa.gov | Dec 18 2024 00:03:00 | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 15673847 | + | Email/Text: mortgagebksupport@citizensbank.com | Dec 18 2024 00:03:00 | Franklin American Mortgage Company, ATTN: Bankruptcy Dept., 6100 Tower Circle, Suite #600, Franklin, TN 37067-1505 |
| 15673850 | | EDI: IRS.COM | Dec 18 2024 05:00:00 | IRS, ATTN: Bankruptcy, 1000 Liberty Avenue, M/S #711B, Pittsburgh, PA 15222 |
| 15673854 | | EDI: JEFFERSONCAP.COM | Dec 18 2024 05:00:00 | Jefferson Capital Systems, LLC, ATTN: Bankruptcy, PO Box 7999, Saint Cloud, MN 56302 |
| 15673852 | + | EDI: JEFFERSONCAP.COM | Dec 18 2024 05:00:00 | Jefferson Capital System, ATTN: Bankruptcy, PO Box 772813, Chicago, IL 60677-0113 |
| 15673853 | + | EDI: JEFFERSONCAP.COM | Dec 18 2024 05:00:00 | Jefferson Capital Systems, LLC, ATTN: Bankruptcy, 200 14th Avenue East, Sartell, MN 56377-4500 |
| 15673861 | ^ | MEBN | Dec 18 2024 00:00:28 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15673864 | + | EDI: PENNDEPTREV | Dec 18 2024 05:00:00 | PA Dept of Revenue, ATTN: Bankruptcy, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15673864 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2024 00:03:00 | PA Dept of Revenue, ATTN: Bankruptcy, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 15673865 | | EDI: PENNDEPTREV | Dec 18 2024 05:00:00 | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, |

Case 24-10019-CMB    Doc 45    Filed 12/19/24    Entered 12/20/24 00:32:56    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 17, 2024 | Form ID: 309 | Total Noticed: 68 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PA 17128-0946 |
| 15673865 | | Email/Text: RVSVCBICNOTICE1@state.pa.us<br>Dec 18 2024 00:03:00 | | Pa. Dept. of Revenue, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15673868 | + | EDI: JEFFERSONCAP.COM<br>Dec 18 2024 05:00:00 | | Platinum MC, ATTN: Bankruptcy, c/o Jefferson Capital Systems, 16 McCleland Road, Saint Cloud, MN 56303-2198 |
| 15673877 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Dec 18 2024 00:03:00 | | SPS Servicing, Inc., ATTN: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15673878 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Dec 18 2024 00:03:00 | | SPS Servicing, Inc., ATTN: Bankruptcy, 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 15673871 | + | Email/Text: enotifications@santanderconsumerusa.com<br>Dec 18 2024 00:03:00 | | Santander Consumer USA, ATTN: Bankruptcy, 8585 N. Stemmons Freeway, Dallas, TX 75247-3836 |
| 15673875 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Dec 18 2024 00:03:00 | | Select Portfolio Servicing, Inc., ATTN: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15673876 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Dec 18 2024 00:03:00 | | Select Portfolio Servicing, Inc., ATTN: Bankruptcy, 3217 S. Decker Lane Dr., Salt Lake City, UT 84119-3284 |
| 15695619 | | Email/Text: BNCnotices@dcmservices.com<br>Dec 18 2024 00:03:00 | | UPMC PHYSICIAN SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15673873 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov<br>Dec 18 2024 01:01:02 | | Secretary of Housing & Urban Development, ATTN: Bankruptcy Dept., The Strawbridge Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15673874 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov<br>Dec 18 2024 01:01:02 | | Secretary of Housing & Urban Development, ATTN: Bankruptcy Dept., William Moorhead Federal Building, 1000 Liberty Ave., Suite #1000, Pittsburgh, PA 15222 |
| 15673879 | + | Email/Text: nsm_bk_notices@mrcooper.com<br>Dec 18 2024 00:03:00 | | Wilmington Savings Fund Society FSB, 15480 Luguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 15696492 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com<br>Dec 18 2024 00:03:00 | | Wilmington Trust, National Association at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Trust, National Association not in its |
| 15673849 | * | Internal Revenue Service, ATTN: Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 17, 2024 | Form ID: 309 | Total Noticed: 68 |

Date: Dec 19, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2021-1 dcarlon@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor John Robert Trochowski  III mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4