**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JOHN ROBERT TROCHOWSKI, III | Case No.:24-10019 |
| Debtor(s) | |
| Ronda J. Winnecour  Movant  vs.  No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 01/09/2024 and confirmed on 02/07/2024 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,750.00 |
| Less Refunds to Debtor | 424.18 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,325.82 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,962.00 | |
|   Trustee Fee | 1,041.66 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,003.66 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON TRUST NA - OWNER TRUST  Acct: 0402 | 0.00 | 9,618.70 | 0.00 | 9,618.70 |
|   WILMINGTON TRUST NA - OWNER TRUST  Acct: 0402 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON TRUST NA - OWNER TRUST  Acct: 0402 | 1,703.46 | 1,703.46 | 0.00 | 1,703.46 |
| | | | | 11,322.16 |
| **Priority** | | | | |
|   MICHAEL S JAN JANIN ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN ROBERT TROCHOWSKI, III  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOHN ROBERT TROCHOWSKI, III  Acct: | 389.00 | 389.00 | 0.00 | 0.00 |
|   JOHN ROBERT TROCHOWSKI, III  Acct: | 35.18 | 35.18 | 0.00 | 0.00 |
|   QUINN BUSECK LEEMHUIS ET AL  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MICHAEL S JAN JANIN ESQ | 3,962.00 | 3,962.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| MICHAEL S JAN JANIN ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,420.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 8079 | | | | |

***N O N E***

| | | | | |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| INTERNAL REVENUE SERVICE* | 7,156.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 8079 | | | | |
| ACL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| AMERICO FCU | 2,759.46 | 0.00 | 0.00 | 0.00 |
|     Acct: 8005 | | | | |
| CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JOEY MANCUSO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| LOUIS ALIOTA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| UPMC PHYSICIAN SERVICES | 113.28 | 0.00 | 0.00 | 0.00 |
|     Acct: 8079 | | | | |
| CITIFINANCIAL (RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| ERIE COUNTY TAX CLAIM BUREAU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | **11,322.16** |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 1,420.73 |
| SECURED | 1,703.46 |
| UNSECURED | 10.029.54 |

Date: 03/05/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com